UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:20cv81752-RR

IOU CENTRAL, INC.
d/b/a IOU FINANCIAL, INC

     Plaintiff,

vs.

ATLANTIC BIOTECH, LLC,
GORAN S. JANDJEL,
BRENDA S. JANDJEL,
PATRICIA MCCORMICK,
JAMES J. MCCORMICK,
INDIVIDUALY AND AS TRUSTEE OF
THE JAMES J. MCCORMICK TRUST,

     Defendants.
_____/

## JOINT SCHEDULING REPORT

The parties submit their Joint Scheduling Report, pursuant to the Order Requiring Scheduling Report and Certificate of Interested Parties and L.R.16.1, and state as follows:

    1.    Discussion of the likelihood of settlement: Plaintiff's counsel emailed and spoke with defense counsel of record on 1/22/21 regarding settlement after the conference that day. Settlement is unlikely.

    2.    Discussion of the likelihood of appearance in the action of additional parties: Plaintiff anticipates naming additional defendants in this action.

    3.    Proposed limits on the time: (Standard Track)

(a)    To join parties and amend the pleadings – March 30, 2021.

(b)    To furnish opposing counsel with preliminary fact witness list of all intended to be called containing names and addresses – March 30, 2021

(c)    To file and hear motions – June 30, 2021.

(d)    To complete discovery – May 30, 2021.

(e)    To select a mediator and schedule mediation – June 30, 2021.

(f)    To complete mediation – July 30, 2021.

     (g)     To submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of facts and conclusions of law – August 15, 2021.

     (h)     To submit dispositive pre-trial motions and Daubert motions (which include motions to strike experts) – June 30, 2021.

4.     Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment: The parties will discuss and review simplifying the issues, the possibility of eliminating claims and defenses as needed and the number and timing of motions for summary judgment as needed.

5.     The necessity or desirability of amendments to the pleadings: At this time, the parties are not sure of the need to amend the pleadings. Plaintiff has relayed that it is considering amending the Complaint

6.     The possibility of obtaining admissions of fact and of documents, electronically stored information, or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on the admissibility of evidence: The parties will attempt to stipulate to as many facts and documents possible. At this time, the parties do not anticipate the need for advance rulings from the Court on admissibility of evidence. Should the need arise, the parties will immediately file the appropriate motion(s) with the Court. The parties may need to discover electronically stored information from one another; however, as the need arises, the parties will develop a plan for inspection/copying of same.

7.     Suggestions for the avoidance of unnecessary proof and cumulative evidence: The parties have discussed this and will do their best to stipulate to facts and evidence that will unnecessarily waste judicial time and resources.

8.     Suggestions on the advisability of referring matters to a magistrate judge or master: none presently.

9.     A preliminary estimate of the time required for trial: 1-2 days.

10.     Requested date or dates for conferences before trial, a final pretrial conference and trial. Trial should be done by remote means due to COVID-19 or scheduled in the fall conditions permitting.

11.     Any other information that might be helpful to the Court in setting the case for status or pre-trial conference.

Respectfully submitted this 26th day of January 2021.

        By:    */s/Paul G. Wersant*
                   Paul G. Wersant
                   Florida Bar No. 48815
                   3245 Peachtree Parkway, Suite D-245
                   Suwanee, Georgia 30024
                   (678) 894-5876
                   Attorney for Plaintiff
                   Email: pwersant@gmail.com

                   */s/ Joe. M. Grant*
                   Joe M. Grant | Member
                   Marshall Grant, PLLC
                   197 S. Federal Highway, Suite 200 | Boca Raton, Florida 33432
                   Tel. 561.361.1000
                   Fax. 561.672.7581
                   Web marshallgrant.com | Email jgrant@marshallgrant.com

## **CERTIFICATE OF SERVICE**

I certify a precise copy of this document was filed ECF on the below date, sending ECF notice to opposing counsel of record.

Respectfully submitted this 26th day of January 2021.

        By:    */s/Paul G. Wersant*
                   Paul G. Wersant
                   Florida Bar No. 48815
                   Email: pwersant@gmail.com
                   3245 Peachtree Parkway, Suite D-245
                   Suwanee, Georgia 30024
                   Telephone: (678) 894-5876
                   Attorney for Plaintiff
                   File No. 147246