UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-81752-RAR

**IOU CENTRAL, INC., d/b/a
IOU Financial, Inc.**,

Plaintiff,

v.

**ATLANTIC BIOTECH, LLC**, *et al.*,

Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Michael Carbo on **April 5, 2021 at 9:00 A.M.** via Zoom videoconference or a similar platform. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of February, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**